IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:20 CR 052 |
| v. | ) | |
| | ) | Title 21, United States Code, |
| BENJAMIN SPROUSE, | ) | Sections 841(a)(1) and (b)(1)(C) |
| | ) | |
| Defendant. | ) | JUDGE POLSTER |

## GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

1. Before Defendant BENJAMIN SPROUSE committed the offenses charged in this Indictment, SPROUSE had final convictions for felony drug offenses, namely, convictions under Ohio Revised Code, Section 2925.03(A)(2), to wit: two counts of Drug Trafficking, each an Ohio felony of the fourth degree punishable by imprisonment for more than one year, in Case No. CR-10-541560-A in the Cuyahoga County Court of Common Pleas, on or about October 22, 2010.

## COUNT 1
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

2. The allegations contained in Paragraph 1 of this Superseding Indictment are incorporated by reference as if stated fully herein.

3. On or about August 28, 2019, in the Northern District of Ohio, Eastern Division, Defendant BENJAMIN SPROUSE did knowingly and intentionally possess with intent to

distribute approximately 32 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant BENJAMIN SPROUSE shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and, any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.